IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:05-CR-0487** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **ALAN M. NUNEZ** | : | |

## **ORDER**

AND NOW, this 21st day of February, 2007, upon consideration of the order of court dated December 13, 2006 (Doc. 93) directing Edward D. Wilford, Esquire, to show cause why he should not be held in contempt of court for failing to participate in a pre-hearing telephone conference, and Attorney Wilford's response thereto (see Doc. 101), the court finds that Attorney Wilford's actions were not in contempt of court.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge